1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  KYLE F. WALDINGER (ILSB 6238304)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, 11th Floor
6     San Francisco, California 94102
      Telephone: (415) 436-6830
7     Facsimile: (415) 436-7234
      E-mail: kyle.waldinger@usdoj.gov
8
   Attorneys for Plaintiff
9

10               UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,          )   No.  CR 12-0640 EMC
                                      )
14        Plaintiff,                  )
                                      )   STIPULATION AND [PROPOSED]
15   v.                               )   ORDER CONTINUING STATUS
                                      )   HEARING AND DOCUMENTING
16 MARCO ANTONIO CHAVOYA OCHOA, )         EXCLUSION OF TIME UNDER THE
                                      )   SPEEDY TRIAL ACT
17        Defendant.                  )
   _____)
18

19        The parties hereby jointly stipulate and agree, and do so request, that the status

20 hearing currently scheduled before the Honorable Edward M. Chen for August 29, 2012,

21 be continued to September 12, 2012, at 2:30 p.m.  The parties also jointly request that the

22 Court make a finding of excludable time under the Speedy Trial Act from August 29,

23 2012, to September 12, 2012, based on the need for effective preparation of defense

24 counsel and the unavailability of government counsel and defense counsel.  In support of

25 their request, the parties state as follows:

26        1.      The defendant appeared before the Honorable Elizabeth D. Laporte for

27 arraignment on the Indictment on August 24, 2012.  At that time, Judge Laporte set the

28 matter for an initial appearance at this Court's first available date on August 29, 2012, per

   STIP. & [PROPOSED] ORDER CONTINUING STATUS HEARING
   CR 12-0640 EMC

1 | this Court's standing request.

2 | 　　　　2.　　　However, counsel for the government is unavailable for an appearance on
3 | August 29, 2012, due to family issues.  Counsel for the defendant is thereafter unavailable
4 | on September 5, 2012, because of a previously scheduled appearance in another court.
5 | The parties therefore jointly request that the Court continue the August 29, 2012, hearing
6 | to September 12, 2012.

7 | 　　　　3.　　　The grand jury returned the Indictment in this case on August 23, 2012.
8 | Defense counsel entered her first appearance on behalf of the defendant on August 24,
9 | 2012.  Upon receipt of a discovery request, the government will be producing discovery
10 | to the defense.  Based on all of these facts, defense counsel will need additional time to
11 | review the discovery, meet with her client, and investigate the case.  Continuing the
12 | previously scheduled August 29, 2012, status hearing to September 12, 2012, will give
13 | defense counsel an opportunity to accomplish these objectives.

14 | 　　　　4.　　　The Court finds that, taking into account the exercise of due diligence and
15 | the public interest in the prompt disposition of criminal cases, granting the continuance
16 | until September 12, 2012, is necessary for effective preparation of defense counsel and
17 | for continuity of government counsel and defense counsel.  See 18 U.S.C.
18 | § 3161(h)(7)(B)(iv).  Given these circumstances, the Court finds that the ends of justice
19 | served by excluding the period from August 29, 2012, to September 12, 2012, outweigh
20 | the best interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(7)(A).

21 | 　　　　5.　　　Accordingly, and with the consent of the defendant, the Court orders that
22 | (1) the status hearing scheduled for August 29, 2012, be continued to September 12,
23 | 2012, and (2) the period from August 29, 2012, to September 12, 2012, be excluded from
24 | / / /
25 | / / /
26 | / / /
27 | / / /
28 | / / /

Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).

SO STIPULATED.

DATED: August 24, 2012          MELINDA HAAG
                                United States Attorney


                                            /s/
                                _____
                                KYLE F. WALDINGER
                                Assistant United States Attorney


DATED: August 24, 2012                      /s/
                                _____
                                GINNY H.K. WALIA
                                Counsel for defendant MARCO ANTONIO
                                CHAVOYA OCHOA


SO ORDERED.

DATED: August ___27__, 2012

                                EDWARD M. CHEN

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA